UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA         :
                                                            :
                                                            :        21 Cr. 462 (LGS)
                    -against-                :
                                                              :        <u>ORDER</u>
ALTON BARNES,                              :
                                     Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** the parties shall file a joint status letter on **February 17, 2022,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: February 15, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE